IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jenkins, Katherine

Printed: 6/24/08

Case Number: 06 B 16798
Judge: Goldgar, A. Benjamin
Filed: 12/19/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 13, 2008
Confirmed: April 10, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 5,000.00 |  |
| Secured: |  | 4,730.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 270.00 |
| Other Funds: |  | 0.00 |
| Totals: | 5,000.00 | 5,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Beneficial Illinois Inc | Secured | 0.00 | 0.00 |
| 2. | CitiFinancial | Secured | 1,500.00 | 430.00 |
| 3. | Beneficial Illinois Inc | Secured | 15,000.00 | 4,300.00 |
| 4. | General Motors Acceptance Corp | Unsecured | 1,418.76 | 0.00 |
| 5. | Ford Motor Credit Corporation | Unsecured | 1,605.06 | 0.00 |
| 6. | Capital One | Unsecured | 153.67 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 960.70 | 0.00 |
| 8. | RJM Acquisitions LLC | Unsecured | 9.13 | 0.00 |
| 9. | Don Tech | Unsecured |  | No Claim Filed |
| 10. | Fmcc | Unsecured |  | No Claim Filed |
| 11. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 12. | Lane Bryant | Unsecured |  | No Claim Filed |
| 13. | T Mobile USA | Unsecured |  | No Claim Filed |
|  |  |  | $ 20,647.32 | $ 4,730.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 270.00 |
|  | $ 270.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jenkins, Katherine | Case Number:  06 B 16798 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  6/24/08 | Filed:  12/19/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

